Mar 29, 2023

The Honorable Timothy Corrigan
United States District Court Judge
Regarding: Case 3:22-cr-00069-TJC-LLL USA v. Carmona-Fonseca

Honorable Corrigan,

Forgive me if I find this letter difficult to compose. Words in this situation do not come easy, rarely eloquently, and there is certainly no way to tell the whole story all Alex without being honest and complete with both the good parts and the bad.
You are well acquainted with the bad parts. As Alex's long-time friend, I have found it difficult to recognizing that part of Alex existed. Regardless, I feel I need to share the other side I've seen of Alex and his character, without my personal judgement of the present. It is my understanding through the written Word of God that the whole of my life will similarly be presented and examined - both the good and the bad. So, I feel I have a similar charge to act as a descriptor towards the good of Alex Carmona, in spite of the bad. Thank you, Your Honor, for taking your time to hear all perspectives.

I met Alex nearly 25 years ago through my own best friend when I lived on the West Coast and we all became best friends. 10 years later I moved to Florida to live closer to all of them and from then on, our families became inseparable.

In that duration, and certainly more times that I could count, Alex showed himself to be the most self sacrificial person of any of us to lend a hand. We all knew the countless hours he would work throughout the week but it didn't matter. Every single time, Alex would still be there.

As the years went by and mother nature played a hand, my house found it's way in the path of Hurricane Irma while I was out of the state working. It was Alex who called to ask if there was anything he could do for the place. My home is old and I did not expect it to stay standing after the storm, but I did have one irreplaceable item there: my grandfather's watch. Alex drove 2 hours to grab that watch and keep it safe until I returned.
It's a simple story and I'm not even sure why I chose that one to put here. I am trying to be brief and respectful of your time.
After all the stories though, time and time again it would be Alex there everytime contributing his time and effort. He was tireless at assisting others.

Your Honor, I've seen a disciplinarian Alex. I've seen a penitent Alex. A man who without hesitation would give generous gifts to his friends, but also a man who would take my call during my own trouble time to listen and advise. A man strongly rooted in faith and brought up his family in God's word, but also clearly struggled with his own demons.

There is a good side to Alex that I need to share in order to balance his present situation. The one I thanked the Lord for being my friend for many many years, and the one I pray the will ultimately return to serve His greater purpose.

Respectfully submitted for your consideration,

Joel Roshau, Diplomate American Board of Radiology
Lifelong friend to the Carmona Family



**St. Luke Catholic Church**
1606 Blanding Blvd.
Middleburg, Florida 32068

Middleburg, 06.28.2022

To the Honorable Timothy Corrigan,

Your Honor,

My name is Fr Andy Blaszkowski, and I am the pastor of St Luke Catholic Church in Middleburg, FL.
I am writing on behalf of my parishioner Alejandro Carmona a character witness.
I know Mr. Carmona as an active member of the Parish for over ten years. I would see him regularly to participate in liturgical services of the church, especially Mass.

If fact, he made sure his children received the sacraments and were active in the practice of the faith. I personally know him to be a man of good character. Furthermore, I would trust this man. I would certainly speak in favor of his character.

I also know his wife and his children and together they represent to be a good and strong family.
Any consideration you can give him by virtue of this letter, would be greatly appreciated by me personally.

Yours sincerely,

Fr Andy Blaszkowski, Pastor
St Luke Catholic Church

(904)282-0439 fax (904)291-9711 www.stlukesparish.org

**From:** KENNETH MALL <kgmall@comcast.net>
**Sent:** Tuesday, July 5, 2022 2:38 PM
**To:** John Rockwell <john@woolseymorcom.com>; gandux@fmnlawyers.com
**Subject:** [External] Alex Carmona

Honorable Timothy Corrigan,

I have known Alex Carmona and his Family since the mid-1980s, when he attended a Bible Study, as a part of a Joyful Family Prayer Group at Sacred Heart Church in Jacksonville, Fl. Years later Alex married Michelle Harrington, who also attended the Prayer Group, along with her Family. Together Alex and Michelle have raised five (5) children in the Catholic Church. I have maintained contact with Michelle, over these years. She is a exceptional Christian wife, mother, extremely intelligent, and gifted, along with being professionally accomplished in the medical field.

All during our friendship these past years, there has been no indication, whatsoever, by Michelle, that Alex was not fulfilling all his responsibilities as her husband and father of their children.

There is no question that the current allegations against Alex are serious, demonstrate bad judgment on his part, and deserve rehabilitation and perhaps some further punishment (e.g. probation). However, Alex's overall track record as husband and father warrants him some mitigation – a "second chance". Alex has a good spiritual foundation with an extremely strong family support group (wife, children, parents etc.), that can well help him recover and rehabilitate, without further incarceration, and once again become a worthwhile citizen in our community.

On behalf of Alex's Wife and Family we are asking for the Court's mercy to give Alex's the "second chance", that we all deserve, and you will not be disappointed with the results. Plus, you will have helped save a Marriage and Family in the process.

Respectfully submitted,

Kenneth G. Mall, Esquire

June 23, 2022

Honorable Timothy Corrigan:

I know Alejandro (Alex) Carmona since we were teenagers in high school. Our families met through the youth group at St. Catherine's Catholic church in Orange Park, Florida. Many of us young adults actively participated in this group for several years. As married adults with young children, many of us from the youth group met, again, since our children attended the same parochial schools. The relationship that I shared with Alejandro and his wife, Michelle, continues today and now extends to our children. My second child, Pablo, is a good friend of Dominic, Alejandro's second child. All three of my boys are familiar with Alex and Micelle's home, and they have never returned home to us complaining about some uneasiness or danger.

Alex has always had a joyful, Latin character. He likes to joke around. I know that he likes to tease women in a respectful manner. He has always had a certain Latin lover character to him. Even so, my wife, Cecilia, has never felt unsafe in his presence.

My wife and I know Michelle, Alex's wife, since she was a single, young adult. She, also, participated in the young adult's group. We have observed that Michelle and Alex have had a stable marriage. The Carmona's are a happy family that enjoy life.

I also know well Alex's mother and father. Mr. Edwin Carmona is a family friend since the 1980s, and often helps my parents with handy-man jobs at home.

None of us has ever felt threatened by Alejandro Carmona, either in private or public.

Respectfully,

Carlos & Cecilia Esquivia

992 Bobolink Ln.

Orange Park, FL 32073

esquivia_cruz@att.net