March 8, 2023

The Honorable Timothy Corrigan
United States District Court Judge
Regarding: Case 3:22-cr-00069-TJC-LLL USA v. Carmona-Fonseca

My name is Michelle Carmona and Alejandro (Alex) Carmona-Fonseca is my husband. We met in the early 90’s when were in high school. When I got the call from Alex last February that he had been arrested, I was shocked. Alex has been my best friend and hero for more than 25 years and the most wonderful father to our five children. When I found out that he had broken the law, and tarnished the badge he wore, I was discouraged and disappointed. I wish he would have not used such poor judgement. Please accept this letter as my way to put Alex’s mistakes in the broader context of our life together.

During high school and the early years of college, Alex and I dated other people. It wasn’t until the last two years of my college nursing program, at the Franciscan University of Steubenville, that we were together. He was my best friend before we dated. Although we had a long-distance relationship during this time, I knew I wanted to spend the rest of my life with him.

Alex has always been the type of person who is willing to do anything for anyone who needs help. He is strong, intelligent, and generous with his time and energy. I will never forget when we had our first child, our daughter, Alex was so in love with her and truly had a way of caring for her and comforting her when she needed it. He also tended to me so caringly after a very long labor and subsequent C-section delivery. He cared for each of our four boys, and me, in the same way after they were also each born by C-section delivery.

He has helped me raise our children in a stable home. All our children have gone to Catholic schools (Annunciation and Bishop Snyder). They have been raised to be respectful young adults. In fact, our children have been so good and supportive of me through this very tough year in our lives that Alex has been gone from us.

I am very sorry that Alex violated federal laws. I am hopeful that he and I will have time soon, when we can speak at length about how and why he got involved in the bad decisions he made. I’m grateful that he accepts full responsibility. He made serious mistakes and he knows it. I have forgiven my husband for making this mistake.

He is a loving father with a mature sense of duty. While he was home for a short time before his second arrest, he was showing everyone how to accept responsibility with humility and grace. When we tell this chapter in our family’s story, I know that story will end with atonement and reconciliation. I know Alex will be an example of how to learn from mistakes and use life experience to be of service to others.

Your Honor, I hope you will keep my words in mind as you determine the sanction that Alex must pay for his criminal behavior.

Sincerely,

Michelle M. Carmona